```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

GAIL ANDRES, Personal Representative
for the estate of James Andres,
Deceased

        PLAINTIFF,

VS.                                        CIVIL ACTION NO. 06-10446
                                           HON. ARTHUR J. TARNOW
Davud Unrau, Jr., et al                    U.S. DISTRICT JUDGE

        DEFENDANT.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO STAY

A hearing having been held on April 6, 2006 on Defendant's motion to stay proceedings [#4-1], Plaintiff having no objection and the Court being advised in the premises;

IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that this case may be reopened on motion of any party or stipulation.

                              s/Arthur J. Tarnow
                              Arthur J. Tarnow
                              United States District Judge

Dated:  April 6, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 6, 2006, by electronic and/or ordinary mail.

                              s/Catherine A. Pickles
                              Judicial Secretary